# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
St. James Properties, L.P.

06-364 C

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attached an alphabetized, numbered list if all plaintiffs

| | |
|---|---|
| Name of the attorney of record: [See RCFC 83.1(c)] | Jeff H. Eckland |
| Firm Name: | Eckland & Blando LLP |
| Post Office Box: | |
| Street Address: | 500 Lumber Exchange, 10 South Fifth Street |
| City-State-Zip: | Minneapolis, MN 55402 |
| Telephone & Facsimile Numbers: | Phone: (612)236-0160 Fax: (612)236-0179 |
| E-mail address: | ecklandandblando@aol.com |

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 3 4

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356 or 528 are used, please explain.

Government Agency Involved: A G R

See attached Sheet for three digit code.

Amount Claimed: $ To be determined

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this case is related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2